No. 79-5569. BROWN, AKA DENNIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78-1855. MILHOUSE ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA (TRIGG ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Motions of National Council of the Churches of Christ in the United States of America and Association of United Methodist Theological Schools for leave to file briefs as *amici curiae* granted. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these motions and this petition.

No. 79-536. DUCKWORTH ET AL. *v.* ADAMS. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79-200. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. *v.* ISLESBORO SCHOOL COMMITTEE ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 79-201. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. *v.* JUNIOR COLLEGE DISTRICT OF ST. LOUIS, ST. LOUIS COUNTY, MISSOURI. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 79-442. UNITED STATES DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE ET AL. *v.* ROMEO COMMUNITY SCHOOLS ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.